# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeanty Dorilus<br><br>**Plaintiff,**<br>**V.**<br>See Attachment<br><br>**Defendant.** | **Civil Action No.** 26-cv-5562-DMS-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court GRANTS the Petitioner's Petition for Writ of Habeas Corpus. Judgment is entered and the case is hereby closed.

**Date:** 11/13/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J.Guerrero
J.Guerrero, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-5562-DMS-JLB

v.

Christopher LaRose, Warden, Otay Mesa Detention Center;
Markwayne Mullin, Secretary, U.S. Department of Homeland Security;
Daivd J. Venturella, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement;
Todd Blanche, Attorney General of the United States, U.S. Department of Justice,

Respondents